## Long, Appellant, *v.* Cochran et al., County Commissioners.

Argued November 24, 1947. Before MAXEY, C. J., LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

130

132

*Paul K. McCormick,* with him *Mulvihill, Gollmar, Herron & Grier,* for appellant.

*Vincent E. Williams,* for appellees.

*A. C. Scales,* with him *Scales & Shaw,* for intervenor, appellee.

PER CURIAM, January 5, 1948:

The decree is affirmed on the opinion of Judge Mc-WHERTER of the court below; costs to be paid by the appellant.